IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| | * | |
| vs. | * | CRIM. NO. H-25-131 |
| | * | |
| ANABEL ELOISA GUEVARA | * | |
| Defendant | * | |

**MOTION FOR SUBSTITUTION OF COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ANABEL ELOISA GUEVARA, Defendant in the above entitled and

numbered cause and moves this Court to allow the substitution of JAMES STAFFORD of

Houston, Harris County, Texas, a practicing Attorney licensed to practice in the State of Texas in

the place and stead of BRIAN MARC ROBERTS, of Houston, Harris County, Texas, likewise a

practicing Attorney licensed to practice law in the State of Texas, as Attorney for the above

named Applicant in this cause. In support of this motion, the Applicant would show unto the

Court as follows:

I.

That the Honorable BRIAN MARC ROBERTS was appointed to represent her on this

case.

II.

Applicant now desires to hire JAMES STAFFORD, of Harris County, Texas, to represent

him as Retained Counsel and to appear as Counsel of Record in Applicant's behalf.

WHEREFORE, PREMISES CONSIDERED, the Applicant prays that this Court permit

1

the substitution of Counsel as requested in this cause.

Respectfully submitted,

/s/ Brian Marc Roberts          *

BRIAN MARC ROBERTS
Previously Appointed Attorney
116 S. Avenue C
Humble, Texas 77338
(713) 237-8888
State Bar No. 24041790
* Signed by permission

_____
ANABEL ELOISE GUEVARA, Defendant

JAMES STAFFORD
Attorney for Applicant
515 Caroline St.
Houston, Texas 77002-3506
(713) 228-3600
State Bar No. 18996900

## CERTIFICATE OF SERVICE

I, JAMES STAFFORD, hereby certify that a copy of the foregoing Motion has been forwarded to US Attorney's Office, via the Court's electronic filing system, on this the 21st day of April, 2025.

/S/ James Stafford
JAMES STAFFORD

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| | * | |
| vs. | * | CRIM. NO. H-25-131 |
| | * | |
| ANABEL ELOISA GUEVARA | * | |
| Defendant | * | |

**ORDER**

BE IT REMEMBERED that the foregoing **Motion For Substitution of Counsel,** was

presented to the Court on the _____ day of _____, 2025, and it is therefore ORDERED

that the Motion is hereby GRANTED_____/DENIED_____.


SIGNED THIS _____ day of _____, 2025.


_____
JUDGE PRESIDING

4